

ORDERED in the Southern District of Florida on July 12, 2018.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

CASE NO.  13-28465-LMI

LAUDIS MARIA MOREIRA,
                Debtor(s).
_____/

### ORDER GRANTING EMERGENCY MOTION FOR ORDER TO SHOW CAUSE

THIS CASE came before the Court on the Trustee's Emergency Motion for Order to Show Cause, in addition to Motion to Vacate Order on Motion to Reinstate Case (145), and based on the record, it is

ORDERED AND ADJUDGED:

A hearing will be held on July 17, 2018 at 9:00 a.m. in Courtroom 8, C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, Miami, FL 33128 at which attorney James A Poe, is directed to appear and show cause why this case should not be dismissed and why Mr. Poe should not be required to certify his actions to resolve outstanding issues prior to filing any future

motions to reinstate.

* * *

Submitted by
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

Nancy K Neidich, Esq, Chapter 13 Trustee, is directed to serve a conformed copy of this Order to all interested parties immediately upon receipt and filed a certificate of service with the Clerk of the Court